## FORD v. LOUISIANA.

No. 329.  Decided October 12, 1964.

*Floyd J. Reed* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## McILVAINE ET AL. v. LOUISIANA.

No. 21, Misc.  Decided October 12, 1964.

*Maurice R. Woulfe* for petitioners.
*Jim Garrison* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.  The judgment is vacated and the case is remanded to the Supreme Court of Louisiana for further consideration in light of *Aguilar* v. *Texas,* 378 U. S. 108.

MR. JUSTICE BLACK dissents.